NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PAUL A. SCHILLECI,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2012-3188

---

Petition for review of the Merit Systems Protection Board in No. AT0845110786-I-1.

---

**JUDGMENT**

---

DAVID GESPASS, Gespass & Johnson, of Birmingham, Alabama, argued for petitioner.

KENNETH M. DINTZER, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were STUART F. DELERY, Principal Deputy Assistant Attorney General, JEANNE E. DAVIDSON, Director, TODD M. HUGHES, Deputy Director, and TARA K. HOGAN, Trial Attorney.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


| April 8, 2013 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |